IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>LIGIA MARIA LEMUS DE PENTZKE, AKA "LIGIA LEMUS LANUZA" [5]<br><br>Defendant | CRIMINAL NO.: 23-CR-130 (ADC) |

## MOTION WAIVING PRESENCE AT ARRAIGNMENT HEARING

The undersigned defendant **LIGIA MARIA LEMUS DE PENTZKE** hereby affirms that she has been advised of the charges in the Indictment **USA v. LEMUS-DE PENTZKE, 23-CR-130 (ADC)**, that counsel has forwarded to her a copy of said Indictment, and after being duly advised of her rights to be present at arraignment, waives said right and respectfully enters PLEA OF NOT GUILTY to the charges levied against her, pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure.

In San Juan, Puerto Rico, this 11th day of April, 2023.

_____
Ligia María Lemus De Pentzke
Defendant

s/Luis Rafael Rivera
**LUIS RAFAEL RIVERA**
**USDC-PR 129411**
**LUIS RAFAEL RIVERA LAW OFFICES**
CAPITAL CENTER BLDG. SUITE 401
239 ARTERIAL HOSTOS AVENUE
SAN JUAN, PUERTO RICO 00918
PHONE: (787) 763-1780
FAX:  (787) 763-2145
E-MAIL: luiswichyrivera@hotmail.com