# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **RODOLPHO PAGESY-ROUSSEL**, <br><br> Defendant. | **CRIMINAL CASE NO.**: 23-130 (ADC) |

## MOTION TO RESTRICT

COMES NOW Defendant Rodolpho Pagesy-Roussel, through the undersigned counsel, and files this motion, pursuant to Standing Order No. 9, requesting the Court's leave to file his contemporaneous motion as a selected-parties-only document, to which only the United States and the Defendant would have access. The request is based on the fact that the motion contains sensitive personal information that is of no consequence to the general public.

**WHEREFORE**, the undersigned counsel respectfully requests that the Court grant this motion.

Respectfully submitted on this 10th day of January 2025, in San Juan, Puerto Rico.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will provide access to all parties of record.

> **DMR Law**
> Capital Center Building
> 239 Arterial Hostos
> Suite 1101
> San Juan, PR 00918
> Tel. 787-331-9970
>
> *s/ Javier Micheo-Marcial*
> Javier Micheo-Marcial
> USDC-PR No. 3053110
> j.micheo@dmrpr.com